| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2018** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial)<br><br>Briccetti, Vincent L. | **2. Court or Organization**<br><br>U.S. District Court, Southern District of New York | **3. Date of Report**<br><br>05/10/2019 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge (Active) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>**to**<br>12/31/2018 |
| **7. Chambers or Office Address**<br><br>United States Courthouse<br>300 Quarropas Street<br>White Plains, NY 10601 | | |
| ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Fordham Law Alumni Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Fordham Law School: 2019 teaching position |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Greenwich Anesthesiology Associates, P.C. - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Rental property #1, South Salem, NY (1993, $62,458) | B | Rent | L | R | | | | | |
| 2.   Chase Bank, various accounts | A | Interest | M | T | | | | | |
| 3.   TrustCo Bank (X) | A | Interest | J | T | | | | | |
| 4.   Eaton Vance Floating Rate Advantage (ECFAX) | | None | | | Sold | 01/16/18 | J | | |
| 5.   Eaton Vance Massachusetts Muni Income (ETMAX) | | None | | | Sold | 01/16/18 | J | | |
| 6.   Fidelity Growth Company Fund (FDGRX) | | None | | | Sold (part) | 01/30/18 | J | C | |
| 7. | | | | | Donated | | | | |
| 8.   Fidelity New York Municipal Income Fund (FTFMX) | A | Dividend | K | T | Buy | 04/27/18 | J | | |
| 9.   Fidelity Treasury Fund (FZFXX) | A | Dividend | J | T | | | | | |
| 10.   First Trust Large Cap Core Alphadex (FEX) | | None | | | Sold | 01/16/18 | J | B | |
| 11.   First Trust Mid Cap Core Alphadex (FNX) | | None | | | Sold | 01/16/18 | J | A | |
| 12.   Inventrust Properties Corp (Non-traded REIT) | A | Distribution | | | Sold | 09/21/18 | J | | |
| 13.   iShares S&P National Municipal Bond (MUB) | | None | | | Sold | 01/30/18 | J | | |
| 14.   iShares MSCI Emerging Mkts Minimum Volatility Index (EEMV) | A | Dividend | | | Donated | | | | |
| 15.   iShares Trust Core MSCI Total Intl Stk (IXUS) | A | Dividend | | | Donated | | | | |
| 16.   JP Morgan Core Bond (OBOCX) | | None | | | Sold | 01/16/18 | J | | |
| 17.   NMIS General NY MM Fund Class B | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Nuveen NY Amt-Free Quality Municipal Income Fund (NRK) | A | Dividend | | | Buy | 01/30/18 | J | | |
| 19. | | | | | | Sold | 04/27/18 | J | | |
| 20. | Vanguard High Yield Tax Exempt Admiral (VWALX) | B | Dividend | K | T | | | | | |
| 21. | Vanguard NY LT Tax-Exempt Fund Investor | A | Dividend | J | T | | | | | |
| 22. | IRA #5 (Fidelity) (H) | | | | | | | | | |
| 23. | - Bank of America Corp Bond | A | Interest | K | T | | | | | |
| 24. | DFA International Small Cap Value (DISVX) | B | Dividend | L | T | Buy | 07/05/18 | L | | |
| 25. | DFA Targeted Credit Portfolio (DTCPX) | C | Dividend | L | T | | | | | |
| 26. | - Fidelity Cash Reserves (FDRXX) | A | Dividend | J | T | | | | | |
| 27. | Fidelity Emerging Markets Index (FPADX) | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 28. | Fidelity Inflation Protected Bond Index (FIPDX) | A | Dividend | L | T | Buy | 04/27/18 | L | | |
| 29. | | | | | | Buy (add'l) | 09/06/18 | K | | |
| 30. | Fidelity Short Term Treasury Bond Index (FUMBX) (Formerly FSBAX) | B | Dividend | M | T | Buy (add'l) | 03/21/18 | K | | |
| 31. | | | | | | Buy (add'l) | 04/27/18 | K | | |
| 32. | | | | | | Sold (part) | 10/15/18 | K | | |
| 33. | Fidelity Intermediate Treasure Bond Index (FUAMX) (Formerly FIBAX) | B | Dividend | K | T | | | | | |
| 34. | - Goldman Sachs Group Inc Medium Term Note | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. iShares Micro-Cap (IWC) | A | Dividend | K | T | | | | | |
| 36. - iShares MSCI EAFE Small Cap Index (SCZ) | A | Dividend | | | Sold | 07/05/18 | L | E | |
| 37. - iShares S&P 500 Index (IVV) | B | Dividend | L | T | Buy (add'l) | 07/05/18 | J | | |
| 38. | | | | | Buy (add'l) | 09/06/18 | K | | |
| 39. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 40. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 41. - Nuveen Build America (NBB) (Formerly NBD) | C | Dividend | L | T | Sold (part) | 11/21/18 | J | | |
| 42. - PIMCO Income Instl (PIMIX) | C | Dividend | L | T | Sold (part) | 03/21/18 | K | | |
| 43. -Powershares Build America Bond (BAB) | A | Dividend | | | Sold | 03/21/18 | K | | |
| 44. Stone Ridge Reinsurance Risk Premium (SRRIX) | A | Dividend | K | T | Buy (add'l) | 03/21/18 | K | | |
| 45. - Vanguard Emerging Markets (VWO) | B | Dividend | L | T | | | | | |
| 46. -Vanguard Short Term Corporate Bond (VCSH) | A | Dividend | | | Sold | 03/21/18 | L | | |
| 47. IRA #6 (Fidelity) (H) | | | | | | | | | |
| 48. - Fidelity Cash Reserves (FDRXX) | A | Dividend | J | T | | | | | |
| 49. Fidelity Intermediate Treasury Bond Index (FUAMX) (Formerly FIBAX) | B | Dividend | K | T | | | | | |
| 50. Fidelity Total Market Index (FSKAX) | A | Dividend | K | T | Buy | 11/21/18 | K | | |
| 51. iShares Core MSCI EAFE ETF (IEFA) | A | Dividend | J | T | Buy | 09/06/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. iShares Core MSCI Emerging Markets (IEMG) | A | Dividend | K | T | Buy (add'l) | 07/05/18 | J | | |
| 53. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 54. iShares Core MSCI Total International Stock ETF (IXUS) | A | Dividend | | | Buy | 03/21/18 | J | | |
| 55. | | | | | Sold (part) | 07/05/18 | J | | |
| 56. | | | | | Donated | | | | |
| 57. iShares S&P Small Cap 600 Citigroup Value Index (IJS) | A | Dividend | J | T | | | | | |
| 58. Nuveen Credit Strategies Income Fund (JQC) | A | Dividend | K | T | | | | | |
| 59. -Vanguard GNMA Admiral (VFIJX) | A | Dividend | | | Sold | 09/06/18 | K | | |
| 60. 401(K) #2 (H) | | | | | | | | | |
| 61. -Vanguard 500 Index (VFINX) | D | Dividend | N | T | Buy (add'l) | 01/12/18 | J | | |
| 62. | | | | | Buy (add'l) | 01/26/18 | J | | |
| 63. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 64. | | | | | Sold (part) | 02/22/18 | J | | |
| 65. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 66. | | | | | Buy (add'l) | 03/09/18 | J | | |
| 67. | | | | | Buy (add'l) | 03/12/18 | J | | |
| 68. | | | | | Buy (add'l) | 03/23/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 04/06/18 | J | | |
| 70. | | | | | Buy<br>(add'l) | 04/20/18 | J | | |
| 71. | | | | | Buy<br>(add'l) | 05/03/18 | J | | |
| 72. | | | | | Buy<br>(add'l) | 05/18/18 | J | | |
| 73. | | | | | Buy<br>(add'l) | 06/01/18 | J | | |
| 74. | | | | | Buy<br>(add'l) | 06/15/18 | J | | |
| 75. | | | | | Buy<br>(add'l) | 06/29/18 | J | | |
| 76. | | | | | Buy<br>(add'l) | 07/13/18 | J | | |
| 77. | | | | | Buy<br>(add'l) | 07/27/18 | J | | |
| 78. | | | | | Buy<br>(add'l) | 08/10/18 | J | | |
| 79. | | | | | Buy<br>(add'l) | 08/24/18 | J | | |
| 80. | | | | | Sold<br>(part) | 09/06/18 | K | | |
| 81. | | | | | Buy<br>(add'l) | 09/07/18 | J | | |
| 82. | | | | | Buy<br>(add'l) | 09/21/18 | J | | |
| 83. | | | | | Buy<br>(add'l) | 10/05/18 | J | | |
| 84. | | | | | Buy<br>(add'l) | 10/19/18 | J | | |
| 85. | | | | | Buy<br>(add'l) | 11/01/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 12/31/18 | J | | |
| 87.   - Vanguard Small Capitalization Stock<br>(NAESX) | A | Dividend | K | T | Buy<br>(add'l) | 01/12/18 | J | | |
| 88. | | | | | Buy<br>(add'l) | 01/26/18 | J | | |
| 89. | | | | | Buy<br>(add'l) | 02/09/18 | J | | |
| 90. | | | | | Buy<br>(add'l) | 02/23/18 | J | | |
| 91. | | | | | Buy<br>(add'l) | 03/09/18 | J | | |
| 92. | | | | | Buy<br>(add'l) | 03/12/18 | J | | |
| 93. | | | | | Buy<br>(add'l) | 03/23/18 | J | | |
| 94. | | | | | Buy<br>(add'l) | 04/06/18 | J | | |
| 95. | | | | | Buy<br>(add'l) | 04/20/18 | J | | |
| 96. | | | | | Buy<br>(add'l) | 05/03/18 | J | | |
| 97. | | | | | Buy<br>(add'l) | 05/18/18 | J | | |
| 98. | | | | | Buy<br>(add'l) | 06/01/18 | J | | |
| 99. | | | | | Buy<br>(add'l) | 06/15/18 | J | | |
| 100. | | | | | Buy<br>(add'l) | 06/29/18 | J | | |
| 101. | | | | | Buy<br>(add'l) | 07/13/18 | J | | |
| 102. | | | | | Buy<br>(add'l) | 07/27/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 08/10/18 | J | | |
| 104. | | | | | Buy<br>(add'l) | 08/24/18 | J | | |
| 105. | | | | | Buy<br>(add'l) | 09/07/18 | J | | |
| 106. | | | | | Buy<br>(add'l) | 09/21/18 | J | | |
| 107. | | | | | Buy<br>(add'l) | 10/05/18 | J | | |
| 108. | | | | | Buy<br>(add'l) | 10/19/18 | J | | |
| 109. | | | | | Buy<br>(add'l) | 11/01/18 | J | | |
| 110. | | | | | Buy<br>(add'l) | 12/31/18 | J | | |
| 111.   - Vanguard Total Bond Market Index Inv<br>(VBMFX) | D | Dividend | N | T | Buy<br>(add'l) | 01/12/18 | J | | |
| 112. | | | | | Buy<br>(add'l) | 01/26/18 | J | | |
| 113. | | | | | Buy<br>(add'l) | 02/22/18 | J | | |
| 114. | | | | | Buy<br>(add'l) | 02/23/18 | J | | |
| 115. | | | | | Buy<br>(add'l) | 03/09/18 | J | | |
| 116. | | | | | Buy<br>(add'l) | 03/12/18 | J | | |
| 117. | | | | | Buy<br>(add'l) | 03/23/18 | J | | |
| 118. | | | | | Buy<br>(add'l) | 04/06/18 | J | | |
| 119. | | | | | Buy<br>(add'l) | 04/20/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 05/03/18 | J | | |
| 121. | | | | | Buy<br>(add'l) | 05/18/18 | J | | |
| 122. | | | | | Buy<br>(add'l) | 06/01/18 | J | | |
| 123. | | | | | Buy<br>(add'l) | 06/15/18 | J | | |
| 124. | | | | | Buy<br>(add'l) | 06/29/18 | J | | |
| 125. | | | | | Buy<br>(add'l) | 07/13/18 | J | | |
| 126. | | | | | Buy<br>(add'l) | 07/27/18 | J | | |
| 127. | | | | | Buy<br>(add'l) | 08/10/18 | J | | |
| 128. | | | | | Buy<br>(add'l) | 08/24/18 | J | | |
| 129. | | | | | Buy<br>(add'l) | 09/06/18 | K | | |
| 130. | | | | | Buy<br>(add'l) | 09/22/18 | J | | |
| 131. | | | | | Buy<br>(add'l) | 09/07/18 | J | | |
| 132. | | | | | Buy<br>(add'l) | 09/21/18 | J | | |
| 133. | | | | | Buy<br>(add'l) | 10/05/18 | J | | |
| 134. | | | | | Buy<br>(add'l) | 10/19/18 | J | | |
| 135. | | | | | Buy<br>(add'l) | 11/01/18 | J | | |
| 136. | | | | | Buy<br>(add'l) | 12/31/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | | | | | |
| 138. Northwestern Mutual Whole Life Policy | C | Dividend | L | T | | | | | |
| 139. Northwestern Paid Up Life Insurance Policy #1 | B | Dividend | L | T | | | | | |
| 140. Northwestern Paid Up Life Insurance Policy #2 | B | Dividend | M | T | | | | | |
| 141. | | | | | | | | | |
| 142. IRA #7 (Fidelity) (H) | | | | | | | | | |
| 143. Eaton Vance Floating Rate (EIFAX) | A | Dividend | | | Sold | 01/30/18 | J | A | |
| 144. Fidelity Intermediate Treasury Bond Index (FUAMX) | A | Dividend | K | T | Buy | 01/30/18 | K | | |
| 145. Fidelity Treasury Fund (FZFXX) | A | Dividend | J | T | | | | | |
| 146. Hartford Growth Opportunities (HGOIX) | | None | | | Sold | 01/30/18 | J | B | |
| 147. iShares Trust Core MSCI EAFE (IEFA) | A | Dividend | J | T | Buy (add'l) | 03/15/18 | J | | |
| 148. iShares Core MSCI Emerging Markets (IEMG) | A | Dividend | J | T | | | | | |
| 149. iShares S&P 500 Value (IVE) | A | Dividend | K | T | Buy (add'l) | 01/30/18 | J | | |
| 150. JP Morgan Core Bond (WOBDX) | A | Dividend | | | Sold | 02/26/18 | J | | |
| 151. PIMCO Income Fund (PONPX) | A | Dividend | | | Sold | 01/30/18 | J | | |
| 152. Prudential Total Return Bond (PDBZX) | A | Dividend | | | Sold | 01/30/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briccetti, Vincent L.** | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On line 3, became co-signatory on this bank account in 2018

On line 12, this REIT was inherited in 2017. It was mistakenly left off of last year's report. It has been included on this year's report, but was sold on 9/21/18 so it will not be on future reports.

On line 30, FSBAX was combined with another similar fund and the ticker was changed to FUMBX

On lines 33 and 49, FIBAX was combined with another similar fund and the ticker was changed to FUAMX

On line 41, NBD was merged with the NBB fund

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/10/2019 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Vincent L. Briccetti**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544